Eastern District of Kentucky
FILED
JUL 0 5 2007
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| LANCASTER HOST, LLC, et al., | Case No. 5:05-cv-59-JMH |
| Plaintiffs, | |
| v. | |
| D.P., INC., INSTITUTION CREDIT ENHANCEMENT, INC., COMMERCIAL MORTGAGE LOAN CORP., D.P. PROJECT DEVELOPERS, INC., GLEN GROOS, U.S. VENTURE FUNDINGS, INC., DOUG GREEN, and BRIANNE PETERSON | **JUDGMENT** |
| Defendants. | |

Upon receipt of the Plaintiffs' Motion for Default Judgment, or, in the Alternative, Motion for Summary Judgment on Damages (the "Motion"), and the parties having been given an opportunity to be heard, and the Court having considered the matter and being duly and sufficiently advised, it is hereby ORDERED AND ADJUDGED as follows:

1. The Plaintiffs' Motion should be and hereby is GRANTED;

2. The Plaintiffs are GRANTED a joint and several Judgment against the Defendants, D.P., Inc., Institution Credit Enhancement, Inc., Commercial Mortgage Loan Corp., D.P. Project Developers, Inc., Glen Groos, U.S. Venture Fundings, Inc., Doug Green, and Brianne Peterson.

   (a) Judgment against the Defendants, jointly and severally, in the treble amount of $219,525.00 with accrued interest to date of $20,769.67 and with an attorney's fee award and litigation expense award as provided for in 18 U.S.C. §1964 in the amount

of $27,446.63 for a total of $267,741.30 plus interest at the legal rate of 12% per annum until paid in favor of the Plaintiffs.

3. As there is no just cause for delay, this Judgment is a Final and Appealable Judgment.

This the 5th day of July, 2007.

TENDERED BY:

/s/ Seth J. Johnston
RICHARD A. GETTY
and
SETH J. JOHNSTON

/s/ Joseph M. Hood
Joseph M. Hood, Chief Judge

GETTY & CHILDERS, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
(859) 259-1900
Fax: (859) 259-1909
rgetty@getttychilders.com
sjohnston@gettychilders.com

sjjpld0585